UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LEO SCOTT, JR. | |
| VERSUS | CIVIL ACTION |
| E.I. DU PONT DE NEMOURS AND COMPANY | NUMBER 13-741-SDD-SCR |

and

| | |
|---|---|
| ALLEN WILLIAMS | |
| VERSUS | CIVIL ACTION |
| E.I. DU PONT DE NEMOURS AND COMPANY | NUMBER 14-382-JWD-SCR |

and

| | |
|---|---|
| LEO SCOTT, JR. | |
| VERSUS | CIVIL ACTION |
| E.I. DU PONT DE NEMOURS AND COMPANY | NUMBER 14-391-JWD-SCR |

**SUPPLEMENTAL
RULING ON MOTION FOR EXTENSION OF
DISPOSITIVE AND/OR *DAUBERT* MOTION DEADLINE**

Again before the court are the three motions filed by defendant E.I. du Pont de Nemours and Company seeking to extend the September 30, 2015 deadline for filing dispositive and/or *Daubert* motions, one filed in each case: record document number 64 in CV 13-741-SDD-SCR, record document number 58 in CV 14-382-JWD-SCR, and record document number 48 in CV 14-391-JWD-SCR. As explained in the previous Ruling on Motion for Extension of Dispositive and/or

*Daubert* Motion Deadline issued in each case,[1] the motions are slightly different but the factual basis for each is essentially the same. That ruling granted interim relief only so that each plaintiff would have an opportunity to file an opposition or other response to the motion. The Amended Scheduling Order previously issued in each case was amended to extend the deadline to file dispositive motions to October 30, 2015. As to CV 13-741, the deadline to file *Daubert* motions was extended to 30 days after the district judge rules on the Plaintiff's Motion for Review of and Objections to Magistrate Judge's Ruling on Motion to Compel Discovery and Motion to Stay Ruling.[2]

No plaintiff filed an opposition to the defendant's motion to extend the dispositive/*Daubert* motion filing deadline.

The motions and the record of each case have been reviewed again; the motions which were pending before the district judge in each case when the previous ruling was issue are still pending. The rulings on those motions may result in the parties being required or permitted to engage in additional discovery. As noted in the previous ruling, it is a waste of time and money to file a summary judgment motion when the opponent is pressing an objection to the denial of a motion to compel discovery and indicates that he

---

[1] CV 13-741, record document number 66; CV 14-382, record document number 59; CV 14-391, record document number 49.

[2] CV 13-741, record document number 63.

will seek also relief under Rule 56(d) in response to a summary judgment motion.

Accordingly, the defendant's motions are granted. The Amended Scheduling Order previously issued in each case will be further amended to extend the deadline to file dispositive motions to 30 days after the district judge rules in each case on the plaintiff's objections to the discovery ruling.

Baton Rouge, Louisiana, October 27, 2015.

*[signature]*

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE