UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALLEN WILLIAMS<br>**Plaintiff** | \*<br>\* CIVIL ACTION |
| **VERSUS** | \*<br>\* NO. 14-CV-00382-JWD-EWD |
| E.I. DU PONT DE NEMOURS<br>AND COMPANY,<br>**Defendant** | \*<br>\*<br>\* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## RULING ON APPEAL

This matter is before the Court on a Motion for Review of and Objections to the Magistrate Judge's Ruling on Motion to Compel Discovery (Rec. Doc. 54) (hereafter the "Ruling") pursuant to Fed. R. Civ. Proc. Rule 72 (a) and Motion to Stay Ruling. (Rec. Doc. 56). The Court has reviewed the Plaintiff's Motion for Review (Rec. Doc. 56), the Defendant's Response in Opposition (Rec. Doc. 64), the Plaintiff's Reply Memorandum (Rec. Doc. 74), and the Ruling of the Magistrate Judge (Rec. Doc. 54). The Court finds no error of fact or law. Indeed, the Court agrees with the Magistrate Judge's assessment.

Accordingly, the Court hereby **AFFIRMS** the Ruling on Motion to Compel Discovery (Doc. 54) in all respects except the award of $500 in reasonable expenses to the Defendant.

Signed in Baton Rouge, Louisiana, on <u>March 7, 2016</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**